**W. S. Howell, appellee, v. Albert Kessell and Jacob Kessell, co-partners, trading as Kessell Brothers, appellants. Gen. No. 29,331.**

Action to recover insurance premiums paid by plaintiff on defend-ants' account. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Stuttle, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925. Re-hearing denied February 9, 1925.

Ritchie, Colby, Meyer & Brisgall, for appellants. Harry C. Lindahl, for appellee; Cleland, Lee & Phelps, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Bruce Osborne, complainant, and the American Land & Security Company, interpleader, appellant, v. John L. Wells, appellee. Gen. No. 29,374.**

Action to recover certain promissory notes and collateral pledged therefor. Decree for the defendant. Appeal from the Superior Court of Cook county; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925.

John W. Creekmur, for appellant. O. J. C. Wray, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**H. W. Goodman, appellee, v. General Motor Underwriters, appel-lant. Gen. No. 29,383.**

Action on automobile insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925.

Montgomery, Hart & Smith, for appellant; Irving Herriott, of counsel. Gray & Nuttall, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Charles B. Trescott, appellee, v. Stamford White, appellant. Gen. No. 29,375.**

Action to recover unpaid royalties on patents. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed February 3, 1925. *Certiorari* denied by Supreme Court (making opinion final).

McNab, Holmes & Long, for appellant; Elmer Leesman, of counsel. George C. Otto, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.